[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 07-11110
Non-Argument Calendar

_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
October 24, 2007
THOMAS K. KAHN
CLERK

D.C. Docket No. 02-02610-CV-2-SLB

GEORGE ADAMS,

Plaintiff-Appellant,

versus

ALLSTATE INSURANCE COMPANY,

Defendant-Appellee.

_____

Appeal from the United States District Court
for the Northern District of Alabama

_____

**(October 24, 2007)**

Before BLACK, MARCUS and COX, Circuit Judges.

PER CURIAM:

Plaintiff George Adams appeals following the district court's grant of

summary judgment in favor of Defendant Allstate Insurance Company.

Adams argues: (1) that the district court erred in denying Adams's motion to remand and in granting Allstate's motion to dismiss Defendant Brad Rankin; (2) that the district court erred in denying Adams's two motions for leave to amend the complaint; and (3) that the district court erred in granting Allstate summary judgment.

Having considered the briefs and the record, we find no abuse of discretion in the denial of Adams's motions for leave to amend and no error in the other rulings Adams complains of.

AFFIRMED.